EXHIBIT A

PICTURE OF ROLLATOR

**You have received a jpay letter, the fastest way to get mail**

From : MICHAEL WILLIAMSON, ID: A423451
To : Darlene Atkins, CustomerID: 26874763
Date : 7/16/2022 12:39:49 PM EST, Letter ID: 1546800810
Location : RICI
Housing : H5A0027

Exhibit A

