EXHIBIT B

(B-1 through B-5)

ELECTRONIC KITES

| Ref# RICI0522002333 | Housing:H5A0027 | Date Created:05/12/2022 |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
5/12/2022 1:05:13 PM
  greetings:
  today you guys took my rollator. in order to begin my grievance process, i need you folks to provide me the medical criteria by which it is determined to issue and revoke a rollator. if it is a matter of discretion, then i need the discretionary factors considered to issue and revoke a rollator. moreover, here, i would like you to state the reasons, with specificity, as to why my rollator was revoked when i have a clear medical need from a leg injury and am morbidly obese resulting in an inability to stand for long petriods of time, which is often required at this institution. example given: package room, legal mail, haircuts, commissary. thank you.

Communications / Case Actions
5/12/2022 1:05:13 PM : ( a423451 ) wrote
This communication was created by Amelia, ID# -1 on behalf of the incarcerated individual.

5/16/2022 10:31:41 AM : ( Shawn Shelton ) wrote
You were seen 5/12 by Ms. Wheeler education provided regarding rollator is worse for lower back and stability of hips. If you are unhappy with her decision I can refer you to our other nurse practitioner for a second opinion. I placed you on the list to see another practitioner.

5/16/2022 10:31:46 AM : ( Shawn Shelton ) wrote
Closed incarcerated individual form

Exhibit B

| Ref# RICI0522002476 | Housing:H5A0027 | Date Created:05/13/2022 |
| --- | --- | --- |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
5/13/2022 9:26:57 AM
I need to know if Mrs. Wheeler is a "Doctor" or a "Practioner"?

Communications / Case Actions
5/13/2022 9:26:57 AM : ( a423451 ) wrote
This communication was created by Amelia, ID# -1 on behalf of the incarcerated individual.

5/16/2022 10:54:24 AM : ( Shawn Shelton ) wrote
Practitioner

5/16/2022 10:54:28 AM : ( Shawn Shelton ) wrote
Closed incarcerated individual form



Exhibit B-1

| Ref# RICI0622002222 | Housing:H5A0027 | Date Created:06/09/2022 |
| --- | --- | --- |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/9/2022 3:04:17 PM : ( a423451 ) wrote*
Mr. Shelton. Are you the Chief Medical Officer of this institution? And do you have a medical license? I need to know this before I continue my appeal to columbus on m y informal complaint. thank you

Communications / Case Actions
*6/9/2022 3:04:17 PM : ( a423451 ) wrote*
Form has been submitted

*6/13/2022 10:52:03 AM : ( Dorene Burkhart ) wrote*
Mr. Shelton is the Health Care Administrator, not the Chief Medical Officer. Yes, he is licensed as a Registered Nurse.

*6/13/2022 10:52:09 AM : ( Dorene Burkhart ) wrote*
Closed incarcerated individual form

Exhibit B-2

| Ref# RICI0622002906 | Housing:H5A0027 | Date Created:06/13/2022 |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/13/2022 6:20:08 PM : ( a423451 ) wrote
Thank you. Now who is the Chief Medical Officer of this Institution? And can you please tell me the full name of Nurse Practioner Wheeler? hank you

Communications / Case Actions
6/13/2022 6:20:08 PM : ( a423451 ) wrote
Form has been submitted

6/14/2022 12:42:50 PM : ( Shawn Shelton ) wrote
Dr. A. Granson MD is the Chief medical officer for RiCI. Ms. R. Wheeler CNP would be what you need for your appeal process.

6/14/2022 12:42:55 PM : ( Shawn Shelton ) wrote
Closed incarcerated individual form

Exhibit B-3

| Ref# RICI0622003319 | Housing:H5A0027 | Date Created:06/16/2022 |
| --- | --- | --- |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
6/16/2022 12:18:37 PM : ( a423451 ) wrote
I need to know the exact reason why my mobility device was taken from me again from Ms. Wheeler. I explained to her once again that I hurt all the time from walking and standing for long periods of time only to have her say that the bone was healed and the plate was stable and that there was no problems with my hip or back. She wouldn't even send me out to have a stress test done to see if I was telling the truth or not before taking my mobility device away from me the second time. The first kite I sent asking why my rolator was taken was answered because of the stability of my lower back and hip. I am an american with a disability and now the thing I most depended on was taken from me again by Mr. wheeler a nurse practioner answering passes which says doctor sick call on them (DSC).

## Communications / Case Actions
6/16/2022 12:18:37 PM : ( a423451 ) wrote
Form has been submitted

6/17/2022 8:36:37 AM : ( Shawn Shelton ) wrote
You were seen on 6/16 to discuss this and to evaluate the continued need for your rollator.

6/17/2022 8:36:42 AM : ( Shawn Shelton ) wrote
Closed incarcerated individual form

Exhibit B-4

| Ref# RICI0622003528 | Housing:H5A0027 | Date Created:06/17/2022 |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/17/2022 8:55:30 AM : ( a423451 ) wrote
I need to know why my rollator was taken from me for the second time now by ms. wheeler on 6/16/22?

Communications / Case Actions
6/17/2022 8:55:30 AM : ( a423451 ) wrote
Form has been submitted

6/21/2022 9:42:39 AM : ( Dorene Burkhart ) wrote
You were seen on 6/16/2022 and at that time, it was determined that you have a steady gait and you were transitioned from a rollator to a cane. The rollators for the issues you are having are not meant to be long term. There are areas of the yard that can be accessed for sitting, so the transition to the cane was completed.

6/21/2022 9:42:45 AM : ( Dorene Burkhart ) wrote
Closed incarcerated individual form

Exhibit B-5