E X H I B I T  C

COPY OF MANDATORY PASS

Exhibit-C

| INSIDE PASS ONLY | | RICI | |
|---|---|---|---|
| Report Time: 11:50 AM | Pass Date: 16-JUN-22 | | |
| Last Name: WILLIAMSON | Id: A423451 | Issued By | Time |
| Lock: H5/A/0027 | Job: PORTER | | |
| Destination: Mandatory / Ms. Wheeler / DSC | | Dismissed By | Time |
| Issued By: MEDICAL - MEDICAL A. M. | | | |
| | | Inmate Signature | Time |