E X H I B I T   E

ELECTRONIC KITE

| Ref# RICI0622003882 | Housing:H5A0027 | Date Created:06/18/2022 |
| ID#: A423451 | Name:WILLIAMSON,MICHAEL | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/18/2022 9:41:28 PM : ( a423451 ) wrote
I am pleading with you one last time. Please give me back my prescribed mobility device (rollator), other wise you leave me no choice but to seek help from the federal courts.

Communications / Case Actions
6/18/2022 9:41:28 PM : ( a423451 ) wrote
Form has been submitted

6/21/2022 12:09:20 PM : ( m gillespie ) wrote
Please do not send threatening kites.

6/21/2022 12:09:24 PM : ( m gillespie ) wrote
Closed incarcerated individual form


Exhibit E