Michael Williamson-A734521
1001 Olivesburg Rd
Mansfield, OH 44905

Inmate
Correspond
RICI

Office of the Clerk
United States District Court,
Northern District of Ohio
Carl B. Stokes United States C
801 West Superior Avenue
Cleveland, OH 44113-1830

Legal Mail
8-2-22