UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. WILLIAMSON, | ) | Case No. 1:22-cv-1371 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| RACHAEL WHEELER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT ENTRY

In accordance with the Court's accompanying Opinion and Order, the Court **DISMISSES** Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B). Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal from this decision may not be taken in good faith.

**SO ORDERED.**

Dated: November 14, 2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio