United States District Court
Northern District Of Ohio
Eastern Division



FILED
DEC - 1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

MICHAEL L. WILLIAMSON,     :     Case No.: 1:22-cv-1371

    Plaintiff,     Judge J. Philip Calabrese

    :     Magistrate Judge
-vs-     James E. Grimes, Jr.

    :

RACHAEL WHEELER, et al.,

    Defendants.     :

## NOTICE OF APPEAL

Notice is hereby given that Michael L. Williamson hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of the order dismissing this action pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B), entered in this action on November 14, 2022.

Respectfully ubmitted,

Michael Williamson A423451
Richland Correctional Inst.
1001 Olivesburg Rd.
Mansfield, Ohio 44905

Plaintiff, pro se